UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD M. CASSILE,<br><br>       Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING LLC,<br><br>       Defendant. | CIVIL ACTION NO. 3:18-cv-02011-VAB |

## INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant Ocwen Loan Servicing LLC ("Ocwen") makes the following initial disclosures:

1. Rule 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

    A.    *Todd M. Cassile*
          *102 Benham Street*
          *Bristol, CT 06010*

Mr. Cassile, the plaintiff in this action, may have knowledge regarding the note and the mortgage that are the subject of this action, his loan payment history, communications or conversations with Ocwen, and/or facts giving rise to his claims for damages.

    B.    *Michelle Cassile*
          *102 Benham Street*
          *Bristol, CT 06010*

Michelle Cassile, the plaintiff's wife, may have knowledge regarding the note and the mortgage that are the subject of this action, communications or conversations with Ocwen, and/or facts giving rise to the plaintiff's claims for damages.

      C.      *Ocwen Loan Servicing, LLC*
              c/o Hinshaw & Culbertson LLP
              53 State Street, 27th Floor
              Boston, MA 02109

Ocwen may have knowledge regarding: the note and the mortgage, the plaintiff's loan payment history, and conversations or communications with the plaintiff and/or his wife.

Ocwen reserves the right to supplement this response if and when additional information becomes know.

2.    Rule 26(a)(1)(A)(ii): a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

    a.    The note and mortgage;

    b.    Mortgage Loan Statements and Mortgage Interest Statements;

    c.    loan payment history; and

    c.    Correspondence and communications between the plaintiff and/or his wife, and Ocwen.

Ocwen reserves the right to supplement this response if and when additional information becomes known.

3.    Rule 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

Ocwen is not seeking damages in this action.

4. Rule 26(a)(1)(A)(iv): for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Ocwen states that this disclosure is not applicable.

          Respectfully submitted,

          Ocwen Loan Servicing, LLC
          Litton Loan Servicing LP
          By: Their Attorney

          */s/ Marissa I. Delinks*
          Marissa I. Delinks, CT #29369
          HINSHAW & CULBERTSON LLP
          53 State Street, 27th Floor
          Boston, MA 02109
          Tel: 617-213-7000/Fax: 617-213-7001
          Email: mdelinks@hinshawlaw.com

Dated: March 22, 2019

## CERTIFICATE OF SERVICE

I, Marissa I. Delinks, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2019.

Loraine Martinez Bellamy, Esq.
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
Tel: 860-263-0732
Tax: 860-247-4236
Email: lmartinez@ctfairhousing.org

          /s/ Marissa I. Delinks
          Marissa I. Delinks